```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID JONES                      :      CIVIL ACTION
                                 :
     v.                          :
                                 :
FOOD FOR ALL, INC., et al.       :      NO. 10-5555
```

                                ORDER

AND NOW, this 11th day of July, 2011, upon consideration of defendants' motion for summary judgment (docket entry # 16), plaintiff's response thereto (docket entry # 20), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

      1.   Defendants' motion for summary judgment (docket entry # 18) is DENIED;

      2.   By noon on July 18, 2011 the parties shall SUBMIT their pretrial memorandum in accordance with the Court's Standing Order (attached); and

      3.   Trial in this matter shall COMMENCE at 9:30 a.m. on July 20, 2011 in Courtroom 15B, with each side afforded no more than two days for the presentation of evidence.

                                      BY THE COURT:

                                      __\s\Stewart Dalzell